JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRITERS GUILD OF AMERICA, WEST, INC., <br><br> Petitioner, <br><br> v. <br><br> ONCE UPON A TIME FILMS, LTD., <br><br> Respondent. | NO. CV 10–01691 SJO (FMOx) <br><br> **JUDGMENT CONFIRMING ARBITRATION AWARD** |

It is hereby ORDERED, ADJUDGED, AND DECREED that judgment be entered in this proceeding as follows:

1. The arbitration award in Case No. 08-CL-330, dated November 5, 2009, and executed by Arbitrator Dixon Q. Dern, is confirmed in all respects.

2. Respondent is additionally ordered to pay Petitioner's attorney's fees of $2,500.00 and costs in the amount of $350.00.

IT IS SO ORDERED.

Dated: May 24, 2010

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE